UNITED STATES DISTRICT COURT

for

**WESTERN DISTRICT OF TENNESSEE**

FILED BY _____ D.C.

05 JUL -5 PM 3: 19

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

U. S. A. vs. **Lakina S. Cook**

Docket No. **2:01CR-20251-01**

### Petition on Probation and Supervised Release

      **COMES NOW** Daryl K. Butler, **PROBATION OFFICER OF THE COURT** presenting an official report upon the conduct and attitude of Lakina S. Cook who was placed on supervision by the Honorable Julia Smith Gibbons sitting in the Court at Memphis, TN on the 15th day of March, 2002, who fixed the period of supervision at three (3) years *, and imposed the general terms and conditions theretofore adopted by the Court and also imposed Special Conditions and terms as follows:

1.     The defendant shall pay restitution in the amount of $574,496.61. ( Balance: $573,471.61)

\*     Term of Supervision Began: August 22, 2003

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Lakina S. Cook fits the criteria for early termination recommended by the Judicial Conference Committee on Criminal Law. She has made progressive strides toward achieving supervision objectives and appears to pose no risk to public safety. Ms. Cook has made a good faith effort to satisfy the restitution, however, she has a large remaining balance. As of June 22, 2005, she has made a total of $1,025.00 towards her restitution. Carroll Andre, Assistant U. S. Attorney, has no objections to this early termination request. Additionally, the U. S. Attorney's Financial Litigation Unit has been contacted, and a restitution payment plan has been approved.

**PRAYING THAT THE COURT WILL ORDER** Ms. Cook be discharged from supervision with the understanding that the United States Attorney's Office will be responsible for the continued collection of the restitution.

### ORDER OF COURT

Considered and ordered this ___1___ day of __July__, 20 _05_ and ordered filed and made a part of the records in the above case.

_____
United States District Judge

Respectfully,

_____
Daryl K. Butler
United States Probation Officer

Place __Memphis, Tennessee__

Date __June 22, 2005__

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _7-5-05_

66

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 66 in case 2:01-CR-20251 was distributed by fax, mail, or direct printing on July 5, 2005 to the parties listed.

---

Carroll L. Andre
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Robert C. Brooks
LAW OFFICE OF ROBERT C. BROOKS
P.O. Box 771558
Memphis, TN 38177

Stuart B. Breakstone
BREAKSTONE & ASSOCIATES
200 Jefferson Ave.
Ste. #725
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT